FILED

OCT 0 5 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

Plaintiff,

v.

ZHIWEI CHEN (19),

Defendant.

Case No. 25-CR-1765-TWR

**ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE**

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 25CR1765-TWR-19 as to defendant ZHIWEI CHEN only be dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 10/5/26

Todd Robinson

HON. TODD W. ROBINSON
United States District Judge